IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VICTOR WALTHOUR, SR., | : | CIVIL ACTION |
| Plaintiff, | : | NO. 10-01495 |
| v. | : | |
| JUDGE JON HERRON, | : | |
| Defendant. | : | |

**ORDER**

AND NOW, this 6th day of May, 2010, upon consideration Plaintiff's Complaint (Doc. No. 1), Defendant's Motion to Dismiss and supporting Memorandum of Law (Doc. Nos. 3 and 4), and Plaintiff's response thereto (Doc. No. 6), it is ORDERED that Defendant's Motion to Dismiss is GRANTED, this case is DISMISSED, and all pending motions are DENIED AS MOOT.

BY THE COURT:

 /s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.